UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Date of Arrest: October 31, 2016

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate's Case No. 16-1885MJ |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF<br>) 21 USC § 841 |
| vs. | ) Possession a Controlled Substance<br>) With Intent to Distribute |
| Rhonda TAFOYA,<br>Defendant<br>YOB: 1986 | ) Count One<br>)<br>) 21 USC § 952 |
| US Citizen | ) Importation of a Controlled<br>) Substance into the United States<br>) Count Two |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about October 31, 2016, at or near Wellton, Arizona, within the District of Arizona, the defendant, Rhonda TAFOYA, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT TWO

On or about October 31, 2016, at or near Wellton, Arizona, within the District of Arizona, the defendant, Rhonda TAFOYA, did knowingly and intentionally import a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, into the United States from the Republic of Mexico, in violation of Title 21, United States Code, Sections 952, 960(a) and (b)(3).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Kolsrud

_____
Henry Ochoa
Special Agent - Drug Enforcement Administration

Sworn to before me and subscribed in my presence, 1st of November, 2016, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA
vs.
TAFOYA, Rhonda

**STATEMENT OF FACTS**

I, Henry Ochoa, being duly sworn, do state the following:

The following events occurred on October 31, 2016, at or near Wellton, Arizona, within the District of Arizona.

On October 31, 2016, Rhonda Tafoya, a US citizen, driver, registered owner, and sole occupant of a Silver Nissan Maxima bearing a temporary New Mexico License Plate# 16T-396269 approached United States Border Patrol fixed Immigration Checkpoint at Mile Marker 17 in between Yuma and Wellton, Border Patrol Agents conducted a routine immigration-related query of the car's occupant. After a Narcotics Detection Dog (NDD) alerted to the vehicle, TAFOYA and her vehicle were sent to the checkpoint's secondary area for further investigation and examination.

A search of TAFOYA's vehicle yielded the discovery of a non-factory compartment located in the rear bumper. Within this compartment, several packages were discovered. The contents of randomly-selected packages were field-tested, producing positive results for the presence of methamphetamine. Ultimately, the packages weighed approximately 4.16 kilograms in total.

In a subsequent, post-*Miranda* interview with Drug Enforcement Administration Special Agents, TAFOYA admitted that she knew the vehicle she was driving contained narcotics and that she was to be paid a total of five thousand dollars U.S. Currency. Furthermore, TAFOYA stated that she transported said drugs into the U.S. from Mexico.

Based on the foregoing, there is probable cause to believe that the Defendant committed the offense as alleged in the Complaint.

_____
Henry Ochoa
Special Agent - Drug Enforcement Administration

Sworn to before me and subscribed in my presence, 1st of November, 2016, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge